IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

TOMMY K. HOWARD, #641395                §

VS.                                     §            CIVIL ACTION NO. 9:05cv2

DIRECTOR, TDCJ-CID                       §

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States

Magistrate Judge Harry W. McKee.  The Magistrate Judge presented for consideration the

Magistrate Judge's Report, containing proposed findings of fact and recommendations for

disposition of this case.  No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and

adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

So **ORDERED** and **SIGNED** this **8**   day of **September, 2005.**

_____
Ron Clark, United States District Judge